1 **STOEL RIVES LLP**

2 Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
3 10008 SE River Street
Truckee, CA  96161
4 Tel: (530) 582-2282
Fax: (530) 582-2281
5
Joshua G. Gigger (Pro Hac Vice)
6 josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
7 marc.rasich@stoel.com
201 South Main Street, Suite 1100
8 Salt Lake City, UT 84111
Tel: (801) 328-3131
9 Fax: (801) 578-6999

10 Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
11 600 University Street, Suite 3600
Seattle, WA  98101
12 Tel: (206) 386-7514
Fax: (206) 386-7500
13
*Counsel for Defendant*
14 *Intermountain Health Care, Inc.*

15

16 UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
17

| | |
|---|---|
| 18   MY HEALTH, INC., a Delaware corporation, | Case No. 2:15-cv-00073-MMD-CWH |
| 19          Plaintiff, | **STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND** |
| 20      v. | **(Third Request for Extension of this Deadline; Third Overall Extension** |
| 21   INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation, | **Request)** |
| 22          Defendant. | Current Response Deadline: April 30, 2015 |

23

24       Plaintiff My Health, Inc. ("***My Health***") and Defendant Intermountain Health Care, Inc.

25 ("***Intermountain***") have stipulated to, and respectfully request that the Court enter an order

26 providing for, a 60-day extension of the deadline for Intermountain to respond to My Health's

27 complaint from April 30, 2015 to June 29, 2015.  This is the third stipulation and request for an

28 extension of this deadline and the third overall request for an extension in this case.  The initial

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND

-1-

2:15-CV-00073-MMD-CWH

78925293.1 0033629-00024

1   response deadline was February 5, 2015.  Pursuant to two earlier stipulations of the parties, the

2   Court entered two previous orders extending this deadline, first to March 16, 2015 (Dkt. 10) and

3   then to April 30, 2015 (Dkt. 21).

4   After the Court granted the first and second extensions the parties have actively pursued

5   good-faith negotiations to settle this dispute.  Through counsel, the parties have discussed

6   settlement terms in a series of communications and conferences, and the parties are confident that

7   a final settlement can be reached before either party or the Court expends further substantial

8   resources on the litigation of this dispute.  But the parties have been unable to finalize an

9   agreement before the existing April 30 response deadline due to scheduling conflicts and the need

10  for individuals within each party to review and approve settlement terms.

11  The parties' agreed-upon third extension promotes judicial economy and ultimately the

12  interests of justice by providing additional time to facilitate settlement before the parties and

13  Court devote additional resources to the litigation of this matter.  The agreed-upon extension

14  should not unduly delay the litigation of this matter and, it is expected, should enable the parties

15  to efficiently resolve this matter out of court.  Accordingly, a third extension of the deadline for

16  Intermountain to respond to My Health's complaint to June 29, 2015 is warranted.

17

//

18

19  //

20

//

21

22  //

23

//

24

25  //

26

//

27

28  //

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND                    -2-                    2:15-CV-00073-MMD-CWH

78925293.1 0033629-00024

Dated: April 29, 2015

Respectfully Submitted,

**PIA ANDERSON DORIUS REYNARD & MOSS, LLC**

**STOEL RIVES LLP**

/s/ Joseph Pia
Joseph G. Pia (Pro Hac Vice)
joe.pia@padrm.com
William O. Kimball, NSBN 9301
bkimball@padrm.com
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Fax: (801) 350-9010

/s/ Hunter Ferguson
Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Plaintiff My Health, Inc.*

Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA 96161
Telephone: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Fax: (801) 578-6999

*Counsel for Defendant
Intermountain Health Care, Inc.*

IT IS SO ORDERED:

_____
United States District Judge

DATED: April 29, 2015

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND

-3-

2:15-CV-00073-MMD-CWH

78925293.1 0033629-00024

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2015, I caused a true and correct copy of the foregoing STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND to be served on the parties to this matter via the Court's CM/ECF system.

/s/Hunter Ferguson
Hunter O. Ferguson

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND                    -4-                    2:15-CV-00073-MMD-CWH

78925293.1 0033629-00024