**STOEL RIVES LLP**

Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA  96161
Tel: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Tel: (801) 328-3131
Fax: (801) 578-6999

Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Tel: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Defendant
Intermountain Health Care, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY HEALTH, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation,<br><br>            Defendant. | Case No. 2:15-cv-00073-MMD-CWH<br><br>**STIPULATION FOR FOURTH EXTENSION OF TIME TO RESPOND**<br><br>**(Fourth Request for Extension of this Deadline; Fourth Overall Extension Request)**<br><br>Current Response Deadline:<br>June 29, 2015 |

Plaintiff My Health, Inc. ("***My Health***") and Defendant Intermountain Health Care, Inc. ("***Intermountain***") have stipulated to, and respectfully request that the Court enter an order providing for an extension of the deadline for Intermountain to respond to My Health's complaint from June 29, 2015 to July 13, 2015.  This is the fourth stipulation and request for an extension of this deadline and the fourth overall request for an extension in this case.  The initial response

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR FOURTH EXTENSION
OF TIME TO RESPOND                             -1-                           2:15-CV-00073-MMD-CWH

79286378.1 0033629-00024

1  deadline was February 12, 2015.  Pursuant to three earlier stipulations of the parties, the Court
2  entered three previous orders extending this deadline, first to March 16, 2015 (Dkt. 11), then to
3  April 30, 2015 (Dkt. 21), and then to June 29, 2015. (Dkt. 26).

4  After the Court granted these extensions the parties have actively pursued good-faith
5  negotiations to settle this dispute.  Through counsel, the parties have discussed settlement terms
6  in a series of communications and conferences.  Although the parties have not been able to reach
7  a final settlement agreement yet, the parties remain confident that a final settlement can be
8  reached before the proposed extended deadline for Intermountain to file a response, and before
9  either party or the Court expends substantial resources on the litigation of this dispute.  But the
10 parties have been unable to finalize an agreement before the existing June 29 response deadline
11 because of scheduling conflicts, the need to further discuss terms for resolving certain claims, and
12 the corresponding need for individuals within each party to review and approve settlement terms.

13 The parties' agreed-upon fourth extension promotes judicial economy and ultimately the
14 interests of justice by providing additional time to facilitate settlement before the parties and
15 Court devote additional resources to the litigation of this matter.  The agreed-upon extension
16 should not unduly delay the litigation of this matter and, it is expected, should enable the parties
17 to efficiently resolve this matter out of court.  Accordingly, a fourth extension of the deadline for
18 Intermountain to respond to My Health's complaint to July 13, 2015 is warranted.

19
20   //
21   //
22
23   //
24   //
25
26   //
27   //
28

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR FOURTH EXTENSION
OF TIME TO RESPOND           -2-                    2:15-CV-00073-MMD-CWH

79286378.1 0033629-00024

| | |
|---|---|
| Dated: June 19, 2015 | Respectfully Submitted, |
| **PIA ANDERSON DORIUS REYNARD & MOSS, LLC** | **STOEL RIVES LLP** |
| /s/ Joseph Pia<br>Joseph G. Pia (Pro Hac Vice)<br>joe.pia@padrm.com<br>William O. Kimball, NSBN 9301<br>bkimball@padrm.com<br>222 South Main Street, Suite 1830<br>Salt Lake City, Utah 84101<br>Telephone: (801) 350-9000<br>Fax: (801) 350-9010<br><br>*Counsel for Plaintiff My Health, Inc.* | /s/ Hunter Ferguson<br>Hunter O. Ferguson (Pro Hac Vice)<br>hunter.ferguson@stoel.com<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 386-7514<br>Fax: (206) 386-7500<br><br>Michael B. Brown, Nevada Bar No. 6577<br>michael.brown@stoel.com<br>10008 SE River Street<br>Truckee, CA 96161<br>Telephone: (530) 582-2282<br>Fax: (530) 582-2281<br><br>Joshua G. Gigger (Pro Hac Vice)<br>josh.gigger@stoel.com<br>Marc T. Rasich (Pro Hac Vice)<br>marc.rasich@stoel.com<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>Telephone: (801) 328-3131<br>Fax: (801) 578-6999<br><br>*Counsel for Defendant Intermountain Health Care, Inc.* |

IT IS SO ORDERED:

_____
United States District Judge

DATED: June 22, 2015 _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2015, I caused a true and correct copy of the foregoing STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND to be served on the parties to this matter via the Court's CM/ECF system.

/s/Hunter Ferguson
Hunter O. Ferguson