**STOEL RIVES LLP**

Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA 96161
Tel: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Tel: (801) 328-3131
Fax: (801) 578-6999

Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Defendant*
*Intermountain Health Care, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY HEALTH, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation,<br><br>            Defendant. | Case No. 2:15-cv-00073-MMD-CWH<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Civil Rule 41(a)(1)(A)ii, the parties herby stipulate that all claims of Plaintiff My Health, Inc. brought against Defendant Intermountain Health Care, Inc. in this action shall be dismissed without prejudice and that each party shall bear its own costs and attorney fees.

DATED this 7th day of October, 2015.

Respectfully submitted,

| | |
|---|---|
| **PIA ANDERSON DORIUS REYNARD & MOSS LLC** | **STOEL RIVES LLP** |
| /s/ *Joseph Pia* | /s/ *Hunter Ferguson* |
| Joseph Pia (Pro Hac Vice) | Hunter Ferguson (Pro Hac Vice) |
| joe.pia@padrm.com | hunter.ferguson@stoel.com |
| William O. Kimball, Nevada Bar No. 9301 | 600 University Street, Suite 3600 |
| bkimball@padrm.com | Seattle, WA 98101 |
| 222 South Main Street, Suite 1830 | Telephone: 206-386-7514 |
| Salt Lake City, UT 84101 | Facsimile: 206-386-7500 |
| Telephone: 801-350-9000 | |
| Facsimile: 801-350-9010 | Michael B. Brown, Nevada Bar No. 6577 |
| | michael.brown@stoel.com |
| *Counsel for Plaintiff My Health, Inc.* | 10008 SE River Street |
| | Truckee, CA 96161 |
| *(signed by filing attorney with permission)* | Telephone: 530-582-2282 |
| | Facsimile: 530-582-2281 |
| | |
| | Joshua G. Gigger (Pro Hac Vice) |
| | josh.gigger@stoel.com |
| | Marc T. Rasich (Pro Hac Vice) |
| | marc.rasich@stoel.com |
| | 201 South Main Street, Suite 1100 |
| | Salt Lake City, UT 84111 |
| | Telephone: 801-328-3131 |
| | Facsimile: 801-578-6999 |
| | |
| | *Counsel for Defendant Intermountain Health Care, Inc.* |

IT IS SO ORDERED

_____
United States District Judge

DATED: October 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be served on the parties to this matter via the Court's CM/ECF system.

/s/*Hunter Ferguson*
Hunter O. Ferguson (Pro Hac Vice)